EDWARD G. SCHLOSS | CA Bar No. 102858
LIOR KATZ | CA Bar No. 284559
3637 Motor Avenue, Suite 220
Los Angeles, California 90034
Tel: (310) 733-4488; Fax: (310) 836-4888
Email: egs2@ix.netcom.com
B26682/cg

Attorneys for Secured Creditor
BAYVIEW LOAN SERVICING, LLC, as servicing agent
for The Bank of New York Mellon fka The Bank of New
York as Trustee for the Certificateholders of CWALT, Inc.,
Alternmative Loan Trust 2005-14, Mortgage Pass Through
Certificates, Series 2005-14

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA (OAKLAND)

| | |
|---|---|
| In re | Bk No. 17-41310-RLE |
| SHERRY MARIE MCWOODSON-JOHNSON *aka* SHERRY MCWOODSON *aka* SHERRY MOLAND, | Chapter 11 |
| | REQUEST FOR SPECIAL NOTICE |
| Debtor(s). | Honorable Roger L. Efremsky |

TO THE CLERK OF THE UNITED STATES BANKRUPTCY COURT; THE DEBTOR; THE DEBTOR'S COUNSEL; THE U.S. TRUSTEE; THE U.S. TRUSTEE'S COUNSEL; AND TO ALL PARTIES IN INTEREST:

PLEASE TAKE NOTICE that pursuant to Bankruptcy Rule 2002 and 9007 and Bankruptcy Code Sections 102(1), 342 and 1109(b), Secured Creditor, BAYVIEW LOAN SERVICING, LLC, as servicing agent for The Bank of New York Mellon fka The Bank of New York as Trustee for the Certificateholders of CWALT, Inc., Alternmative Loan Trust 2005-14, Mortgage Pass Through Certificates, Series 2005-14 hereby requests that all notices given or required to be given in this case and all papers served or required to be served in this case, be given to and served upon the undersigned at the following address and telephone number:

1

EDWARD G. SCHLOSS
3637 Motor Avenue, Suite 220
Los Angeles, California 90034
(310) 733-4488

PLEASE TAKE FURTHER NOTICE that pursuant to Section 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the Rules specified above, but also includes, without limitation, orders and notices of any application or motion, whether formal or informal, whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex or otherwise.

DATED: May 26, 2017                EDWARD G. SCHLOSS


                                   By /s/ *Edward G. Schloss*
                                   EDWARD G. SCHLOSS
                                   Attorney for Secured Creditor

2

| | |
|---|---|
| 1 | <u>PROOF OF SERVICE</u> |
| 2 | I, JEFFREY CAMERON GATES, certify that: |
| 3 | I am over the age of 18 and not a party to the within action; my business address is |
| 4 | 3637 Motor Avenue, Suite 220, Los Angeles, California 90034. |
| 5 | On May 26, 2017, I checked the CM/ECF docket for this bankruptcy case or |
| 6 | adversary proceeding and determined that the following person(s) are on the Electronic Mail |
| 7 | Notice List to receive NEF transmission, and the foregoing document, REQUEST FOR |
| 8 | SPECIAL NOTICE, will be served by NEF at the email addresses stated below: |

<u>DEBTOR'S ATTORNEY</u>: Marc Voisenat - voisenatecf@gmail.com, nildavoisenat@gmail.com

<u>U.S. TRUSTEE</u>: Office of the U.S. Trustee/Oak - ltroxas@hotmail.com, USTPRegion17.OA.ECF@usdoj.gov

<u>U.S. TRUSTEE'S ATTORNEY</u>: Minnie Loo - minnie.loo@usdoj.gov

On May 26, 2017, I served the within foregoing document on interested parties in this proceeding by placing a true and correct copy thereof enclosed in a sealed envelope with postage pre-paid in the United States Mail at Los Angeles, California addressed as follows:

<u>DEBTOR:</u>
SHERRY MARIE MCWOODSON-JOHNSON
5350 BACON ROAD
OAKLAND, CA 94619

I declare that I am employed in the office of a member of the bar at whose direction the service was made.

I certify under penalty of perjury that the foregoing is true and correct.

Executed on May 26, 2017 at Los Angeles, California.

/s/ *Jeffrey Cameron Gates*
JEFFREY CAMERON GATES

L:\LAW FILES\RSN\OAK11BLS.RSN.McWoodson.B26682.wpd

3